AO 442 (REV. 12/85)

# United States District Court

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

FILED
MAR 0 1 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.

**Alfredo VALDEZ - Solano**
Aguascalientes, Mexico  Mexico

**CRIMINAL COMPLAINT**

CASE NUMBER: DR 07 -3058M-01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 22, 2007** in **Maverick** county, in the **Western** District of **Texas** defendant(s) did, (track statutory language of offense)

knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers, he/she being an alien in the United States

in violation of Title **8** United States Code, Section(s) **1325 (Misdemeanor)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following

facts: On February 23, 2007, DEFENDANT Alfredo VALDEZ - Solano, a native and citizen of Mexico was arrested by Border Patrol Agents and subsequent investigation revealed that the DEFENDANT is an alien illegally in the United States. The DEFENDANT last entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers, near Eagle Pass, Texas.

Continued on the attached sheet and made a part hereof: ☐ Yes  ☒ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 01, 2007                                    at    Del Rio, Texas
Date                                                     City and State

_____                           _____
Dennis G. Green                                   Signature of Judicial Officer
U.S. Magistrate Judge
Name and Title of Judicial Officer

# CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. CIR./DIST./DIV. CODE<br>TXW | 2. PERSON REPRESENTED<br>VALDEZ-Solano, Alfredo | | VOUCHER NUMBER<br>7007004958 |
|---|---|---|---|
| 3. MAG. DKT./DEF. NUMBER<br>2:07-003058-001 | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 7. IN CASE/MATTER OF (Case Name)<br>U.S. v. VALDEZ-Solano | 8. PAYMENT CATEGORY<br>Petty Offense | 9. TYPE PERSON REPRESENTED<br>Adult Defendant | 10. REPRESENTATION TYPE<br>(See Instructions)<br>Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section)   If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 8 1325.P -- CONCEALMENT OF FACTS ABOUT REENTRY

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix)
   AND MAILING ADDRESS
Garza, Robert
2116 Avenue F
Suite 5
Del Rio TX 78840

Telephone Number: (830) 775-6762

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
- [X] O Appointing Counsel
- [ ] F Subs For Federal Defender
- [ ] P Subs For Panel Attorney
- [ ] C Co-Counsel
- [ ] R Subs For Retained Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

- [ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
- [ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
03/01/2007
Date of Order                    Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment.  [ ] YES  [ ] NO

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. | a. Arraignment and/or Plea | | | | | |
| In Court | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $       )   TOTALS: | | | | | |
| 16. | a. Interviews and Conferences | | | | | |
| Out of Court | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $       )   TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
    FROM _____ TO _____
20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION
21. CASE DISPOSITION

22. CLAIM STATUS  [ ] Final Payment  [ ] Interim Payment Number ____  [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?  [ ] YES  [ ] NO   If yes, were you paid?  [ ] YES  [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything or value) from any other source in connection with this representation?  [ ] YES  [ ] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney: _____                                   Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR / CERT |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | | DATE | 28a. JUDGE / MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |


# UNITED STATES DISTRICT COURT
## Western District of Texas
### DEL RIO DIVISION



FILED
MAR 0 5 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

v.                                                  Case Number DR07-3058M-01

ALFREDO VALDEZ-SOLANO

Defendant.

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense) - Short Form**

The defendant, ALFREDO VALDEZ-SOLANO, was represented by counsel, Robert Garza.

The defendant pled guilty to the complaint on March 5, 2007. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | ILLEGAL ENTRY | February 22, 2007 |

As pronounced on March 5, 2007, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of 12 days with credit for time already served. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Signed this the ___5th___ day of March, 2007.

DENNIS G. GREEN
United States Magistrate Judge

Arresting Agency: EPBP
USCIS #: 89414180